AO 91 (Rev. 02/09) Criminal Complaint

# United States District Court
### for the
### Western District of New York

| | |
|---|---|
| United States of America<br>v.<br>**MIGUEL ANGEL VASQUEZ-AMAYA**<br>*Defendant* | Case No. 25-MJ-1355 |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date of August 31, 2025, in the County of Erie County, in the Western District of New York, the defendant, **Miguel Angel VASQUEZ-AMAYA**, an alien, was found in the United States, after previously being removed or deported from the United States, without having obtained the expressed consent of the Attorney General of the United States or the Secretary of the Department of Homeland Security, in violation of Title 8, United States Code, Section 1326(a).

This Criminal Complaint is based on these facts:

☒ Continued on the attached sheet.

*Complainant's signature*

MARK JANN
ENFORCEMENT OFFICER
U.S. CUSTOMS AND BORDER PROTECTION
*Printed name and title*

Sworn to before me and signed telephonically.

*Judge's signature*

Date: September 4, 2025

HONORABLE JEREMIAH J. McCARTHY
UNITED STATES MAGISTRATE JUDGE
*Printed name and title*

City and State: Buffalo, New York

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

STATE OF NEW YORK )
COUNTY OF ERIE        )  ss.:
CITY OF BUFFALO      )

**MARK E. JANN**, being duly sworn, deposes and states:

1. I am an Enforcement Officer with United States Customs and Border Protection ("CBP") currently assigned as a Task Force Officer with Homeland Security Investigations ("HSI") within the Department of Homeland Security ("DHS") and have been so employed in immigration law enforcement for the past twenty-nine years. In such capacity, my duties include investigating individuals suspected of violating federal immigration laws and other related federal statutes.

2. As part of my current duties, I have investigated violations of the Immigration and Nationality Act and violations of the United States Code, in particular, Title 8, United States Code, Section 1326 (Re-entry of Removed Aliens).

3. I make this affidavit in support of a criminal complaint charging Miguel Angel VASQUEZ-AMAYA, an alien, not a citizen or national of the United States, born in 1978 in Honduras, with being found in the United States without expressed consent of the Attorney General of the United States or the Secretary of the Department of Homeland Security, after

having been deported or removed from the United States, in violation of Title 8 United States Code 1326(a).

4.   The statements contained in this affidavit are based upon my personal knowledge and upon the information provided to me by other law enforcement officers. Because this affidavit is being submitted for the limited purpose of securing a criminal complaint, I have not included each and every fact known to me concerning this investigation. I have set forth only the facts that I believe are necessary to establish probable cause to believe that Miguel Angel VASQUEZ-AMAYA, did knowingly violate Title 8 United States Code, Section 1326(a).

**PROBABLE CAUSE**

5.   On or about August 31, 2025, at approximately 1530 hours, United States Customs and Border Protection (CBP) Officer Anthony M. DiGiore reported a vehicle was encountered at the the Peace Bridge port of entry in Buffalo, NY, with a Massachusetts license plate 4KAN43 occupied with four people including Miguel Angel VASQUEZ-AMAYA. The occupants and the vehicle were escorted to secondary inspection due to two passengers not having any identification to prove their identity and citizenship.

6.   At approximately 1554 hours, CBP Officer Justin Stevenson entered Miguel Angel VASQUEZ-AMAYA fingerprints into the Interagency Fingerprint Identification System ("IAFIS") and Fingerprint Identification Number ("FIN") database to verify his

identity and any immigration history in the United States. The scan resulted in a positive match to FIN 12319985 due to his last encounter in 2002.

7. Immigration record checks of the name Miguel Angel VASQUEZ-AMAYA revealed a record showing Miguel Angel VASQUEZ-AMAYA was physically deported to Honduras on or about November 14, 2002.

8. I received electronic copies of documents contained in the Miguel Angel VASQUEZ-AMAYA's Alien File from the National Records Center located in Lee Summit, Missouri. These documents show the Miguel Angel VASQUEZ-AMAYA had previously been ordered removed by an Immigration Judge in Houston, Texas from the United States on or about October 22, 2002, and removed to Honduras on November 14, 2002, via air in Houston, Texas.

9. A review of electronic immigration benefit records and a review Miguel Angel VASQUEZ-AMAYA Alien File number failed to reveal that Miguel Angel VASQUEZ-AMAYA had applied for or received requisite permission from the Attorney General or the Secretary for the Department of Homeland Security to reenter the United States.

10. Wherefore, I respectfully submit that the foregoing facts establish probable cause to believe that on or about August 31, 2025, Miguel Angel VASQUEZ-AMAYA, an alien, was found in the United States after having been previously deported or removed from the United States, without the requisite permission from the Attorney General of the United

States or the Secretary for the Department of Homeland Security, in violation of Title 8, United States Code Section 1326(a).

_____
MARK E. JANN
CBP Enforcement Officer
U.S. Customs and Border Protection

Sworn and subscribed to before me telephonically on this 4th day of September, 2025.

_____
HONORABLE JEREMIAH J. McCARTHY
United States Magistrate Judge

4